IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CARLOS ISIAH STRICKLAND,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-2665

Opinion filed June 7, 2016.

An appeal from an order of the Circuit Court for Duval County.
Mallory D. Cooper, Judge.

Carlos Isiah Strickland, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Matthew Pavese, Assistant Attorney General, and Lauren Gonzalez, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

MAKAR, OSTERHAUS, and WINSOR, JJ., CONCUR.